UNITED STATES, Appellee

v

GEORGE R. LANGSTON, JR., Airman First Class, U. S. Air
Force, Appellant

No. 26,667

UNITED STATES, Appellee

v

RICHARD C. MORGAN, Seaman, U. S. Navy, Appellant

No. 26,669

UNITED STATES, Appellee

v

TIMOTHY W. MOSHER, Private First Class, U. S. Marine Corps,
Appellant

No. 26,724

UNITED STATES, APPELLEE

v

WALTER E. FELIX, Private, U. S. Marine Corps, Appellant

No. 26,798

June 22, 1973

On the pleadings for Appellants, Accused, were *Colonel George M. Wilson* (No. 26,667), *Captain Philip F. O'Neill* (No. 26,667), *Commander George W. Powell,* JAGC, USN (No. 26,669), *Lieutenant Stephen T. Myking,* JAGC, USNR (No. 26,724), and *Captain T. O. Tottenham,* USMCR (No. 26,798).

On the pleadings for Appellee, United States, were *Colonel C. F. Bennett* (No. 26,667), *Lieutenant Colonel G. L. Bailey,* USMC (Nos. 26,669, 26,724 and 26,798), and *Lieutenant E. Alan Hechtkopf,* JAGC, USN (No. 26,724).

## OPINION OF THE COURT

PER CURIAM:

The question presented for review in each of these cases is whether evidence of a previous Article 15 disciplinary proceeding at which correctional custody was imposed was inadmissible because the accused was unrepresented by appointed counsel at the proceeding. In United States v Shamel, 22 USCMA —, — CMR — (June 22, 1973), decided this date, we sustained the admissibility of the evidence. Accordingly, the decision of the Court of Military Review in each case is affirmed.

DUNCAN, Judge (dissenting):

I disagree with the decision in these cases for the reasons set forth in my separate opinion in United States v Shamel, 22 USCMA —, — CMR — (June 22, 1973).